**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Travis Price

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRAVIS PRICE<br><br>    Defendant | ) Case No. Cr.S-09-MJ-250 EFB<br>)<br>) STIPULATION AND ORDER CONTINUING<br>) PRELIMINARY EXAMINATION<br>)<br>)<br>) Date: January 28, 2010<br>) Time: 2:00 PM<br>) Court: Duty Magistrate<br>) |

    The parties to this action, plaintiff United States of America and defendant, Travis Price, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for December 14, 2009, to January 28, 2010, at 2:00 p.m.

    The parties are discussing a potential pre-indictment resolution of the pending charges and the government is making discovery available to the defense for that purpose. The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to January 28, 2010,

pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.  Assistant U.S. Attorney Todd D. Leras has authorized defense counsel to sign this stipulation on his behalf.

                                    Respectfully submitted,

Dated: December 8, 2009

                                     /s/ MICHAEL B. BIGELOW
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    TRAVIS PRICE

Dated: December 9, 2009
                                     /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant United States Attorney

**ORDER**

     Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to January 28, 2010, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: December 10, 2009
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

-2-