BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> TRAVIS PRICE, ) <br> ) <br> Defendant. ) <br> ) | Mag. 09-0250 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Bigelow, Counsel for Defendant Travis Price, that the preliminary hearing scheduled for January 28, 2010, be continued to February 24, 2010, at 2:00 p.m. Defendant and the government are discussing possible pre-indictment resolution of this matter.  Defense counsel has requested additional discovery which he believes will assist with potential early resolution.  In light of the settlement discussions and the need to obtain and review additional discovery, both parties are requesting additional time for

1 attorney preparation.

2     The government and defendant agree that the settlement
3 discussions and discovery request/review constitute good cause to
4 extend the time for preliminary hearing under Federal Rule of
5 Criminal Procedure 5.1(d), as well as under the Speedy Trial Act,
6 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes
7 the period up to and including February 24, 2010.

8     Michael Bigelow agrees to this request and has authorized
9 Assistant United States Attorney Todd D. Leras to sign this
10 stipulation on his behalf.

11

12 DATED: January 27, 2010        By: /s/ Todd D. Leras
                                                TODD D. LERAS
13                                                 Assistant U.S. Attorney

14

15 DATED: January 27, 2010        By: /s/ Todd D. Leras for
                                                MICHAEL BIGELOW
16                                                 Attorney for Defendant
                                                TRAVIS PRICE

17

18

19

20

21

22

23

24

25

26

27

28

1 **IT IS HEREBY ORDERED:**

2   1.   The preliminary hearing set for January 28, 2010, is
3 continued to February 24, 2010, at 2:00 p.m.
4   2.   Based on the stipulations and representations of the
5 parties, the Court finds good cause to extend the time for the
6 preliminary hearing, and time is excluded up to and including
7 February 24, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
8 T4 (reasonable time to prepare)).
9   IT IS SO ORDERED.
10 Date: January 27, 2010.

_____
U.S. MAGISTRATE JUDGE