```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

FILED

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. 09-0250 DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING PRELIMINARY HEARING |
| TRAVIS PRICE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Bigelow, Counsel for Defendant Travis Price, that the preliminary hearing scheduled for March 16, 2010, be continued to April 22, 2010, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows. Defendant and the government have been discussing possible pre-indictment resolution of this matter. Defense counsel believes that additional investigation based on previously provided supplemental discovery may assist in early resolution discussions. In light of the settlement discussions and the need to conduct the additional investigation, both

1  parties are requesting additional time for attorney preparation.
2      The government and defendant agree that the combination of
3  settlement discussions and additional investigation constitute
4  good cause to extend the time for preliminary hearing under
5  Federal Rule of Criminal Procedure 5.1(d), as well as under the
6  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion
7  of time includes the period up to and including April 22, 2010.
8      Michael Bigelow agrees to this request and has authorized
9  Assistant United States Attorney Todd D. Leras to sign this
10 stipulation on his behalf.

12 DATED: March 15, 2010          By: /s/ Todd D. Leras
                                      TODD D. LERAS
13                                    Assistant U.S. Attorney

15 DATED: March 15, 2010          By: /s/ Todd D. Leras for
                                      MICHAEL BIGELOW
16                                    Attorney for Defendant
                                      TRAVIS PRICE

2

1 | **IT IS HEREBY ORDERED:**

2 | 1.   The preliminary hearing set for March 16, 2010, is
3 | continued to April 22, 2010, at 2:00 p.m., before Magistrate
4 | Judge Gregory G. Hollows.

5 | 2.   Based on the stipulations and representations of the
6 | parties, the Court finds good cause to extend the time for the
7 | preliminary hearing, and time is excluded up to and including
8 | April 22, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4
9 | (reasonable time to prepare)).

10 | IT IS SO ORDERED.

13 | Date: March _16_, 2010            _Dale A. Drozd_
                                       HONORABLE DALE A. DROZD
14 |                                   UNITED STATES MAGISTRATE JUDGE